UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00295(1)-ADA |
| | § | |
| (1) LAVAR TRAVION YOUNG | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 9, 2025, wherein the defendant (1) LAVAR TRAVION YOUNG waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LAVAR TRAVION YOUNG to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) LAVAR TRAVION YOUNG's plea of guilty to Count Two (2) is accepted.

Signed this 6th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE